640

■ JAMES J. FLOOD et al. v. STEPHEN P. KENNEDY.— Motion for a stay granted on condition that appellants file an undertaking pursuant to section 593 of the Civil Practice Act and perfect the appeal not later than January 14, 1963. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ BARBARA M. ALSON et al. v. LILLIAN G. L. KESSLER.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before February 5, 1963, with notice of argument for the March 1963 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ L. CHESTER GLASER v. ARTHUR G. ADAMS.— Motion for a stay denied. Concur — Rabin, J. P., Valente, McNally, Eager and Steuer, JJ.

■ KATHERINE KEARNS v. O'BRIEN PROCESS SERVICE, INC.— Motion to vacate order denied. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ LUSTBADER COMPANY, INCORPORATED, v. 6–8 EAST 68TH STREET CORPORATION.— Motion to dismiss appeal granted, with $10 costs, with leave to vacate upon an affidavit from an attorney, officer or other authorized agent for the corporate defendant-appellant showing merit to the appeal and a reasonable excuse for the delay, provided the motion therefor is made within 60 days after service of a copy of the order herein, with notice of entry. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ ROLF R. BENZIAN v. ELSA BENZIAN.— Motion to dispense with printing granted only insofar as to permit the appeal to be heard upon a typewritten or mimeographed record, without printing the same, and upon typewritten or mimeographed appellant's points, upon condition that the appellant serves one copy of the typewritten or mimeographed record and one copy of the typewritten or mimeographed appellant's points on the attorney for the respondent and files 6 typewritten copies or 19 mimeographed copies of both the record on appeal and appellant's points with this court, on or before January 24, 1963, with notice of argument for February 5, 1963, said appeal to be argued or submitted when reached. Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before January 24, 1963, with notice of argument for February 5, 1963, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ HARRY MARTIN v. INTERNATIONAL ORGANIZATION MASTERS, MATES & PILOTS et al.— Motion for leave to appeal as a poor person granted only insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the attorney for respondents, and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court. In all other respects the motion is denied. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ MURRAY FABRICANT v. HYED REALTY CORP. et al.— Motion for a stay granted on condition that appellant procures the record on appeal and appellant's points to be served and filed on or before December 27, 1962, with notice of argument for January 8, 1963, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.